

# NUMBER 13-19-00436-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN THE INTEREST OF S. R. D, A CHILD

---

### On appeal from the 343rd District Court
### of San Patricio County, Texas.

---

# ORDER ABATING APPEAL

### Before Justices Benavides, Longoria, and Perkes
### Order Per Curiam

Appellant's counsel, Joel H. Thomas, has filed a motion to withdraw as counsel and a motion to abate the appeal. Counsel states that appellant has not employed him to represent her in this appeal. To allow appellant time to retain different counsel or proceed pro se, counsel requests that the appeal be abated for a period of thirty days. We GRANT said motions. Pursuant to Rule 6.5(c) of the Texas Rules of Appellate Procedure, counsel is directed to notify appellant, in writing, of any previously undisclosed deadlines and file a copy of that notice with the Clerk of this Court. This appeal is ordered

ABATED until December 10, 2019.

Appellant is directed to notify the Court, on or before December 10, 2019, if she has retained new counsel on appeal by filing a notice including that attorney's name, mailing address, email address, telephone number, facsimile number, and State Bar of Texas identification number.   *See generally* TEX. R. APP. P. 6.

It is so ORDERED.

PER CURIAM

Delivered and filed the
5th day of November, 2019.

2